NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERESA L. HILLIARD,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3198

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100451-I-3.

---

## ON MOTION

---

## ORDER

Teresa L. Hilliard moves for an extension of time, until January 10, 2012, to file her initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 2 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Johnnie Allen Landon, Jr., Esq.
Jeffrey A. Gauger, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 2 2011

JAN HORBALY
CLERK